MICHAEL D. LONG  (State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for Defendant SHAUN JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CR. S-23-114 KJM |
| Plaintiff, | ) |
| | ) ORDER TO AMEND THE P.S.R. TO |
| v. | ) CONFORM TO SENTENCING RULINGS |
| | ) |
| SHAUN JONES, | ) Sentencing Hearing: March 4, 2024, at 9:00 a.m. |
| | ) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |
| ===============================) | |

GOOD CAUSE APPEARING, the Court orders USPO Tatum to amend presentence report, paragraph 19, to reflect the Court's ruling that zero offense levels be added to Mr. Jones's USSG calculation for section 2K2.1(b)(6)(B), and to amend paragraphs 23 and 27 to reflect the corrected Adjusted Offense Level of 24 and the Total Offense Level of 21.

Dated: March 5, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE