UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Shaun Jones,<br><br>　　　　　　Defendant. | No. 2:23-cr-00114-KJM<br><br>ORDER |

　　　The unopposed motion to appoint counsel (ECF No. 59) is **granted** under 28 U.S.C. § 3006A(a)(2)(B).  This matter is referred to the Office of the Federal Defender for identification of an Assistant Federal Defender or Criminal Justice Act Panel member to represent defendant Shaun Jones in proceedings under 18 U.S.C. § 2255.  Counsel will be appointed by separate order.

　　　IT IS SO ORDERED.

DATED: January 13, 2025.

_____
UNITED STATES DISTRICT JUDGE