IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:23-cr-00114 KJM |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| SHAUN JONES, | ) | |
| Defendant. | ) | |

The court determined the appointment of counsel was appropriate for the defendant's pending motion. Hanni M. Fakhoury (bar # 252629) has agreed to accept the appointment. Hanni M. Fakhoury is hereby appointed effective January 17, 2025, the date first contacted about the case.

DATED:  January 21, 2025.

_____
UNITED STATES DISTRICT JUDGE