IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 2:23-CR-00114-KJM |
| Plaintiff-Respondent, | **ORDER AUTHORIZING FILING OF OVERSIZED BRIEF** |
| v. | |
| SHAUN JONES, | |
| Defendant-Petitioner. | |

For good cause shown, Petitioner Shaun Jones may exceed the 20-page limit, up to 23 pages, for motions set forth in the Court's Criminal Standing Order.

**IT IS SO ORDERED.**

DATED:  July 28, 2025.

_____
UNITED STATES DISTRICT JUDGE